No. 157
LOOS v. LOOS.
Ohio Appeals, 2nd Dist., Franklin Co.
No. 1190. Decided Nov. 14, 1924.
961. PROPERTY—Statement of made to a bank, taken as true in ascertaining wealth of person making it.
FERNEDING, J.

Epitomized Opinion
Published only in Ohio Law Abstract

The original action was for divorce and alimony in the Franklin Common Pleas. Prior to the commencement of the action there had been a separation agreement between William Loos, plaintiff herein, and Catherine Loos, defendant, by which she received $15,000 in property. The lower court in its judgment, ordered Loos to pay the additional sum of $17,500. To this order, Loos prosecuted error to the Court of Appeals which said:

Whether the trial court was just and reasonable depends upon the question of the amount of the plaintiff's wealth at the time of the decree. Loos made a property statement to a bank after conveyance of the property as specified in the separation agreement. Upon the theory, that Loos as a business man, in trying to establish credit with a commercial house,

## STATE COURT OF APPEALS—Continued

would not misrepresent to the president thereof, his financial circumstances, the court held that Loos should pay the additional $17500. Finding no prejudicial error the lower court's judgment was affirmed.

Attorneys—Clarence Addison for Wm. Loos; Chas. G. Saffin for Catherine Loos, both of Columbus.